IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA MARYLAND TAYLOR,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>WAL-MART STORES, INC.,   )<br>)<br>)<br>Defendant.   ) | Civil Action No.  2:13cv730-WHA<br><br>(wo) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is entered in favor of Wal-Mart Stories, Inc. and against the Plaintiff, Laura Maryland Taylor.

Costs are taxed against the Plaintiff.

Done this 29th day of December, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE